WILLIAM F. WALSH, for Himself and All Others Similarly Situated, Respondent, v. ATLAS CORPORATION (Sued Herein as " THE ATLAS CORPORATION "), Appellant, Impleaded with Others.— Order, so far as appealed from, granting in part plaintiff's motion for an examination before trial of defendant-appellant, affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; Martin, P. J., and Glennon, J., dissent.

DOROTHY LEDYARD KNIGHT, Appellant, v. PAUL E. FLATO, INC., Respondent.— Order, as resettled, denying plaintiff's motion for a stay of trial of two Municipal Court actions and for consolidation of said actions with this action, unanimously reversed, with twenty dollars costs and disbursements, and the motion granted, upon condition that plaintiff within five days after service of order furnish a surety company bond to defendant in the sum of $1,500 to secure payment of any judgment which defendant may recover, and upon the further condition that plaintiff file a consent to go to trial at the commencement of the February term, and to grant to defendant the right to open and close the case. If these conditions are not complied with within the time specified the order will be affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

HARRIET G. KEENE and Another, Respondents, v. FRANK R. CHAMBERS, Individually and as Sole Surviving Partner of the Partnership Consisting of FRANK R. CHAMBERS and WILLIAM R. H. MARTIN, Known as ROGERS PEET & CO. OF NEW YORK CITY, etc., and Others, Appellants.— Order denying defendants' motion for an order directing plaintiffs to amend the complaint so as to join as plaintiffs all other owners of life estates in the leased premises, or, if the consent of any such person cannot be obtained, that he be joined as a party defendant, affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; McAvoy and Townley, JJ., dissent and vote to reverse and grant the motion.

C & C MUSIC PRINTING CORP., Respondent, v. DELL PUBLISHING CO., INC., and RICHARD B. GILBERT, Appellants.— Order entered October 23, 1935, granting on reargument plaintiff's motion to vacate order dated August 20, 1935, and granting plaintiff's motion for examination of defendants before trial, and order denying defendants' motion to vacate said order of October 23, 1935, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JULIUS COHEN and Others, Respondents, v. DAIRYMEN'S LEAGUE CO-OPERATIVE ASSOCIATION, INC., Appellant.— Order, so far as appealed from, denying defendant's motion to strike out certain paragraphs of the complaint as irrelevant, redundant, etc., unanimously affirmed, with twenty dollars costs and disbursements with leave to the defendant to answer within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.